UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
File No.: 5:11-CR-217-D-6

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | ORDER TO SEAL |
| ) | (DE 474) |
| DOMONIC DEVARRISE USHER ) | |

Upon the motion of the defendant and for good cause shown, it is hereby ordered that DE 474 (Prison Infractions Reports) be sealed until further notice by this Court.

This **20** day of **May**, 2021.

JAMES C. DEVER III
United States District Judge