UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
File No.: 5:11-CR-217-D-6

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | (DE 475) |
| DOMONIC DEVARRISE USHER | ) | |
| | ) | |

Upon the motion of the defendant and for good cause shown, it is hereby ordered that DE 475 (Prison Medical Records) be sealed until further notice by this Court.

This 20 day of May, 2021.

JAMES C. DEVER III
United States District Judge