## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION
## No. 5:11-CR-217-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DOMONIC DEVARRISE USHER, | ) | |
| | ) | |
| Defendant. | ) | |

The United States SHALL respond to defendant's motions for reduction in sentence [D.E. 521, 522] not later than December 15, 2025.

SO ORDERED.   This 10 day of November, 2025.

JAMES C. DEVER III
United States District Judge