# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION
#### No. 5:11-CR-217-D

UNITED STATES OF AMERICA    )
                            )
        v.                  )
                            )               **ORDER**
DOMONIC DEVARRISE USHER,    )
                            )
        Defendant.          )

The court is very familiar with defendant. See, e.g., [D.E. 211, 212, 217, 248, 249, 252, 261, 266, 267, 268, 271, 334, 337, 345, 346, 347, 348, 349, 351, 352, 400, 401, 458, 459, 497, 504, 505, 528]. The court DENIES as meritless defendant's motion for reconsideration.

SO ORDERED. This 22 day of July, 2026.

_____
JAMES C. DEVER III
United States District Judge